# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JULIE COLLINS,

      Plaintiff,

v.                                        CASE NO. 4:06cv10-RH/WCS

JO ANNE B. BARNHART,

      Defendant.

_____/

## ORDER OF REMAND

This matter is before the court on the magistrate judge's report and recommendation (document 28), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The Commissioner's decision denying plaintiff's application for disability benefits is VACATED. This cause is REMANDED to the Commissioner for further proceedings consistent with the report and recommendation and this order. The clerk shall enter judgment accordingly and

close the file.

      SO ORDERED this 9th day of December, 2006.

<u>s/Robert L. Hinkle</u><br>
Chief United States District Judge