# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JULIE COLLINS,**

    Plaintiff,

vs.                               Case No. 4:06cv10-RH/WCS

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

    Defendants.

_____/

## AMENDED REPORT AND RECOMMENDATION

The Report and recommendation entered on July 26, 2007, doc. 33, is amended to correct a typographical error in paragraph 2 at the end.  Everything else in the Report and Recommendation is correct and is not amended.  The conclusion is amended to read:

Therefore, it is **RECOMMENDED** that the court:

1.  **GRANT** Plaintiff's motion for an EAJA fee, doc. 31, and **ORDER** that Defendant promptly pay Plaintiff $6,816.88 as a reasonable EAJA fee.

2.  **DENY** Plaintiff's motion for a § 406(b) fee and for a stay, doc. 32, as premature, **DIRECT** the Clerk to close this file administratively, and **RETAIN JURISDICTION** to adjudicate a § 406(b) fee upon a renewed motion.

**IN CHAMBERS** at Tallahassee, Florida, on August 9, 2007.

> s/    William C. Sherrill, Jr.
> **WILLIAM C. SHERRILL, JR.**
> **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**