# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JULIE COLLINS,

    Plaintiff,

v.                                                CASE NO. 4:06cv10-RH/WCS

JO ANNE B. BARNHART,

    Defendants.

_____/

## ORDER AWARDING ATTORNEY'S FEES

This matter is before the court on the magistrate judge's report and recommendation (document 33), as amended (document 34), addressing the issue of attorney's fees. No objections have been filed. The report and recommendation concludes, and I find, that the claimed attorney's fees are reasonable. Upon consideration,

    IT IS ORDERED:

The report and recommendation, as amended, is ACCEPTED and adopted as the opinion of the court. Plaintiff's application for attorney's fees (document 31) is GRANTED. The Secretary shall pay to Robert Jeremy Solomon the sum of

$6,816.88 as attorney's fees pursuant to the Equal Access to Justice Act.

Plaintiff's motion for a §406(b) fee and for a stay (document 32) is DENIED as premature.  The clerk shall close the file administratively.  The court retains jurisdiction to adjudicate a § 406(b) fee upon a renewed motion.

    SO ORDERED this 11th day of September, 2007.

                        s/Robert L. Hinkle
                        Chief United States District Judge